# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0422.  DUDLEY ROBERTS SCOTT v. THE STATE.**

Dudley Scott appeals from an order denying his motion to strike certain information from the trial court's sentencing order pertaining to credit for time served.  This is Scott's fourth appearance in this Court in which he has challenged his sentence on the ground that he was not properly given credit for time served.  In his most recent appeal, Scott challenged the denial of his motion to withdraw his plea, raising this argument.  We affirmed the trial court's denial of his motion to withdraw his plea and, as a part thereof, ruled that Scott was not entitled to the credit sought.  See *Scott v. State*, 315 Ga. App. 786, 787 (2) (727 SE2d 518) (2012).

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*.  The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002).  This Court's affirmance on this issue is *res judicata*.  See *Daniels v. State*, 244 Ga. App. 522, 523, n. 6 (536 SE2d 206) (2000); *Stirling v. State*, 199 Ga. App. 877 (406 SE2d 282) (1991).  Accordingly, this appeal

is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____01/16/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] As we instructed in *Scott*, further challenge to the calculation of the amount of credit for time served, if any, should be asserted in a mandamus or injunction action against the Commissioner of the Department of Corrections or in a petition for habeas corpus. See *Scott*, supra at 787, n. 1.